In the Matter of the Claim of HENRIETTA YOUNG, Appellant, against AMERICAN BANK NOTE COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of ELIZABETH WOODMAN, Respondent, against FUR MERCHANTS COLD STORAGE CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of GEORGE TINKELMAN, Respondent, against PARKAL HOLDING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of WARDELL S. WEEDEN, Respondent, against THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ADA WEEDEN and WARDELL WEEDEN, JR. (on Account of the Death of WARDELL S. WEEDEN), Respondents, against THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Awards unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of AGNES PAULITSCH, Appellant, against FRANKLIN SIMON & CO., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of MARIE STROHMAIER, Respondent, against B. J. AARON CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of BENJAMIN F. GARING, Respondent, against G. B. EXPRESS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of EARL KERR, Respondent, against RACQUETTE RIVER PAPER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of THOMAS JACKOWSKI, Respondent, against BETHLEHEM STEEL COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CATHERINE JANIK, Respondent, against NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the accident did not arise out of and in the course of the employment. All concur.

In the Matter of the Claim of OWEN MURPHY, Respondent, against STEPHEN ODERWALD, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ELIZABETH RUZSJAK, Respondent, against METAL STAMPING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award unanimously affirmed, with costs to the State Industrial Board.